1 | KAREN P. HEWITT
  | United States Attorney
2 | W. MARK CONOVER
  | Assistant United States Attorney
3 | California State Bar No. 236090
  | United States Attorney's Office
4 | Federal Office Building
  | 880 Front Street, Room 6293
5 | San Diego, California 92101
  | Telephone: (619) 557-5200
6 |
  | Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA



FILED

Feb 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0184 |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF FACT AND JOINT** |
| | ) | **MOTION FOR RELEASE OF** |
| v. | ) | **MATERIAL WITNESS(ES) AND** |
| | ) | **ORDER THEREON** |
| JONATHAN VELEZ-RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | **(Pre-Indictment Fast-Track Program)** |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

Conover, Assistant United States Attorney, and defendant JONATHAN VELEZ-RAMIREZ, by and

through and with the advice and consent of defense counsel, David Zugman, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing

date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(i) and (v)(II).

//

//

WMC:jam

Abstracts
done ✓
2/19/08
[?]

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before February 21, 2008.

6    4.    The material witnesses, Juana Manzanares-Ayala, Jose Manuel Molina-Gutierrez,

7    A. L-M (a male juvenile), and Jaime Lara-Montes De Oca, in this case:

8         a.    Are aliens with no lawful right to enter or remain in the United States;

9         b.    Entered or attempted to enter the United States illegally on or about

10   January 20, 2008;

11        c.    Were found in rural terrain near the international border with Mexico and

12   were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful

13   right to enter or remain in the United States;

14        d.    Were paying or having others pay on their behalf $1,500-$1,800 to others to

15   be brought into the United States illegally and/or transported illegally to their destination therein;

16   and,

17        e.    May be released and remanded immediately to the Department of Homeland

18   Security for return to their country of origin.

19   5.    After the material witnesses are ordered released by the Court pursuant to this

20   stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21   reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22   including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24   substantive evidence;

25        b.    The United States may elicit hearsay testimony from arresting agents

26   regarding any statements made by the material witness(es) provided in discovery, and such testimony

27   shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Jonathan Velez-Ramirez                2                    08MJ0184

1  of (an) unavailable witness(es); and,

2          c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5  waives the right to confront and cross-examine the material witness(es) in this case.

6          6.    By signing this stipulation and joint motion, defendant certifies that defendant has

7  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

8  further that defendant has discussed the terms of this stipulation and joint motion with defense

9  counsel and fully understands its meaning and effect.

10         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness(es) to the Department of

12  Homeland Security for return to their country of origin.

13         It is STIPULATED AND AGREED this date.

14                                         Respectfully submitted,

15                                         KAREN P. HEWITT
                                           United States Attorney
16

17  Dated: _2/19/08_.

18                                         _____
                                           W. MARK CONOVER
                                           Assistant United States Attorney
19

20  Dated: _2/15/08_.
                                           _____
                                           DAVID ZUGMAN
21                                         Defense Counsel for Jonathan Velez-Ramirez

22  Dated: _2/15/08_.

23                                         _____
                                           JONATHAN VELEZ-RAMIREZ
                                           Defendant
24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jonathan Velez-Ramirez          3                    08MJ0184

1                                    **O R D E R**

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6          **SO ORDERED,**

7          Dated: __2/19/08__ .                        _____
                                                        United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Jonathan Velez-Ramirez           4                    08MJ0184