UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        2008 FEB 19 A 3:42

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj184 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jonathan Velez-Ramirez | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / (Order of Court)).

Juana Manzanares-Ayala

DATED: 2/19/08

JAN M. AD...

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by RheeRhne
Deputy Clerk

CLERK'S OFFICE COPY         ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95