UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 19  A 3: 42

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>Jonathan Velez-Ramirez )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08mj184<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Jose Manuel Molina-Gutierrez

DATED: 2-19-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
             DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by Rhea Rhme
     Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082