UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 FEB 19  A 3:42

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff  )<br>  )<br>vs.  )<br>  )<br>Jonathan Velez-Ramirez )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj184<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

A. L-M

DATED: 2/19/08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by  *Rhee Rhee*
           Deputy Clerk